UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.                                              Civil Action No. 7:23-cv-09475

THE ELIOT AT CATSKILL, LLC,
KENNETH LERRICK MD, and DEBRA J.
RINALDI,

    Defendants.

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(i), Plaintiff, Scottsdale Insurance Company, hereby dismisses this action without prejudice. As of the date of this notice, Defendants have not served an answer or a motion for summary judgment.

DATED:    January 22, 2024
                  New York, New York

                                        **FREEMAN MATHIS & GARY, LLP**
                                        By: */s/ Justin J. Boron*
                                        Justin J. Boron (5916721)
                                        5 Penn Plaza 23rd Floor
                                        New York, NY 10001
                                        (t) 215.789.4919
                                        Justin.Boron@fmglaw.com
                                        *Attorney for Plaintiff, Scottsdale Insurance Company*